***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted May 31; vacated and remanded as to order that mother submit to a psychological evaluation, otherwise affirmed June 29, 2022

In the Matter of K. C.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. C.,
aka M. H.,
*Appellant.*

Deschutes County Circuit Court
21JU03179; A177558

Beth M. Bagley, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Sean Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

JAMES, P. J.

Vacated and remanded as to order that mother submit to a psychological evaluation; otherwise affirmed.

**JAMES, P. J.**

Mother appeals from a judgment of jurisdiction and disposition. Mother does not challenge the portion of the judgment taking jurisdiction over child. Rather, she contends that the juvenile court erred in ordering her to participate in a psychological evaluation. The Department of Human Services concedes that, in light of our recent decision in *Dept. of Human Services v. W. C. T.*, 314 Or App 743, 501 P3d 44 (2021), the court erred. The concession is well taken. Based on the concession, the parties are in agreement that the disposition portion of the judgment should be vacated and remanded to delete the order that mother participate in a psychological evaluation.

Vacated and remanded as to order that mother submit to a psychological evaluation; otherwise affirmed.